UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

WILLIAM ERDOGAN,

Defendant.

---

22-cr-00033 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On March 12, 2024, defendant William Erdogan filed a pro se request for appointment of counsel to file a motion for compassionate release under Amendment 821 on his behalf. See ECF No. 27. On April 17, 2024, Mr. Erdogan's appointed counsel filed a letter informing the Court that "Mr. Erdogan advised counsel that he no longer wanted to pursue a motion for compassionate release." See ECF No. 29. Defense counsel therefore requested that the Court grant a motion to withdraw the motion for compassionate release. Id. The Court hereby grants the request to withdraw Mr. Erdogan's motion for compassionate release and denies the motion for compassionate release as moot. The Clerk of Court is respectfully directed to close docket entries number 27 and 29.

SO ORDERED.

Dated:    New York, NY

April 17, 2024

JED S. RAKOFF, U.S.D.J.